In the Matter of the Claim of PHILIP AMMIRATI, Appellant. ISADOR LUBIN, as Industrial Commissioner, Respondent.—

Present — Foster, P. J., Bergan, Coon, Halpern and Zeller, JJ.